Opinion issued May 22, 2008









 

 




In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00321-CR

____________


JOSE VILLEGAS, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from County Criminal Court at Law No. 12

Harris County, Texas

Trial Court Cause No. 1495033






MEMORANDUM OPINION

 On May 6, 2008, appellant motion to dismiss the above-referenced appeal was
filed with the Clerk of this Court. (1) The motion complies with the Texas Rules of
Appellate Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Alcala, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).
1. Appellant first filed his motion to withdraw his notice of appeal on April 23, 2008, with
the Harris County District Clerk's Office.